UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CABOZZI, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　v.<br><br>ANNA JAQUES HOSPITAL,<br><br>　　Defendant. | Case No. 1:24-cv-10792-IT |
| JILL KINNEY, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　v.<br><br>ANNA JAQUES HOSPITAL and BETH ISRAEL LAHEY HEALTH, INC.,<br><br>　　Defendants. | Case No. 1:24-cv-13087-IT |
| JANE MCNEAL, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　v.<br><br>ANNA JAQUES HOSPITAL,<br><br>　　Defendant. | Case No. 1:24-cv-13119-IT |
| PRESTON LEONARD, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANNA JAQUES HOSPITAL and BETH ISRAEL LAHEY HEALTH, INC.,<br><br>　　Defendants. | Case No. 1:24-cv-13178-IT |

| | |
|---|---|
| CARRIE BRUNEAU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA JAQUES HOSPITAL,<br><br>    Defendant. | No. 1:24-cv-13179-IT |
| EMILY JANE BATES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA JAQUES HOSPITAL and BETH ISRAEL LAHEY HEALTH, INC.,<br><br>    Defendants. | No. 1:24-cv-13181-IT |
| CELESTE EDWARDS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA JAQUES HOSPITAL and BETH ISRAEL LAHEY HEALTH, INC.,<br><br>    Defendants. | No. 1:25-cv-10004-IT |
| JOSHUA WILLETTE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA JAQUES HOSPITAL d/b/a Beth Israel Lahey Health Anna Jaques Hospital, and BETH ISRAEL LAHEY HEALTH, INC.,<br><br>    Defendants. | No. 1:25-cv-10039-IT |

ORDER CONSOLIDATING RELATED ACTIONS AND SETTING LEADERSHIP BRIEFING SCHEDULE

The Court has reviewed the Motion to Consolidate and Set Leadership Briefing Schedule (the "Motion") [Doc. No. 39] submitted by Plaintiffs Gary Cabozzi, Jill Kinney, Jane McNeal, Preston Leonard, Carrie Bruneau, Emily Jane Bates, Celeste Edwards and Joshua Willette ("Plaintiffs"), and has determined that consolidation of related actions and setting a schedule for interim lead counsel applications in this proposed class action will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1.  Pursuant to Fed. R. Civ. P. 42(a), the Court hereby consolidates *Cabozzi v. Anna Jaques Hospital*, No. 1:24-cv-10792-IT, *Kinney v. Anna Jaques Hospital, et al.*, No. 1:24-cv-13087-IT, *McNeal v. Anna Jaques Hospital*, No. 1:24-cv-13119-IT, *Leonard v. Anna Jaques Hospital, et al.*, No. 1:24-cv-13178-IT, *Bruneau v. Anna Jaques Hospital*, No. 1:24-cv-13179-IT, *Bates v. Anna Jaques Hospital, et al*, No. 1:24-cv-13181-IT, *Edwards v. Anna Jaques Hospital, et al.*, No. 1:25-cv-10004-IT, and *Willette v. Anna Jaques Hospital, et al.*, No. 1:25-cv-10039-IT (each a "Related Action" and together the "Consolidated Action") under the docket number of this first filed case: 1:24-cv-10792-IT ("Master Docket"), and under the new title "*In re Anna Jaques Hospital Data Security Incident Litigation*."

2.  No further filings shall be made in Case Nos. 1:24-cv-13087-IT, 1:24-cv-13119-IT, 1:24-cv-13178-IT, 1:24-cv-13179-IT, 1:24-cv-13181-IT, 1:25-cv-10004-IT, and 1:25-cv-10039-IT. Defendants' time to file a responsive pleading in those cases is stayed. These cases shall be administratively closed upon the filing of the Consolidated Complaint in the Consolidated Action.

3.  The Consolidated Complaint shall be filed within forty-five (45) days of the appointment of interim lead counsel. This Order shall apply to any subsequently filed putative

class action that this court determines is related to the Consolidated Action.

4. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

5. Any Plaintiffs or any Defendants in the Related Actions shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate docket for such action;

    b. Serve on Plaintiff's counsel in the new case a copy of this Order;

    c. Direct this Order to be served upon Defendants in the new case; and

    d. Make the appropriate entry on the Master Docket.

6. The Court shall enter a scheduling order for further pretrial proceedings as soon as is reasonably practicable after the appointment of interim lead counsel, as per the procedure set forth in Paragraph 8 below.

7. The Motion to Dismiss Plaintiff Cabozzi's Class Action Complaint filed by Defendant Anna Jaques Hospital in *Cabozzi v. Anna Jaques Hospital*, No. 1:24-cv-10792-IT (ECF No. 27), is stayed pending the filing of a consolidated complaint.

8. Plaintiffs in any of the Related Actions who choose to do so shall file a motion for appointment of interim lead counsel under FRCP 23(g) within twenty-one (21) days of the entry of this Order. Where two or more competing 23(g) motions are filed, compliance with Local Rule 7.1(a)(2)'s meet and confer provision will not be required.

    IT IS SO ORDERED.

January 16, 2025                                        /s/ Indira Talwani
                                                                United States District Judge